354 A.2d 249

**COMMONWEALTH of Pennsylvania**

v.

**Ernest MORRISON, Appellant (two cases).**

Supreme Court of Pennsylvania.

April 7, 1976.

Lenard H. Sigal, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Marianne Cox, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.